UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA SCHWEIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:09-0850 |
| ) | Judge Nixon/Bryant |
| HARDEE'S FOOD SYSTEMS, INC., ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

    The District Judge has set this matter for a jury trial on November 30, 2010, with a final pretrial conference on November 19, 2010 (Docket Entry No. 15). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

    It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge