IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA SCHWEIK, | ) |
| *Plaintiff,* | ) ) ) |
| | ) Case No. 3:09-cv-00850 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| | ) |
| HARDEE'S FOOD SYSTEMS, INC., | ) |
| | ) |
| *Defendant.* | ) |

ORDER

The parties to this action hereby stipulate that Plaintiffs' claims are dismissed in their entirety and with prejudice. (Doc. No. 32.) As a result, this case is **DISMISSED with prejudice** and the Court **ORDERS** this case **CLOSED**. Each party shall be responsible for its own attorney's fees and costs, and Defendant will be responsible for any non-discretionary costs taxed by the Circuit Court for Davidson County, Tennessee, where the case was originally filed.

It is so ORDERED.

Entered this _____ day of January, 2011

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT